UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In the Matter of: | ) | Honorable Kathy A. Surratt-States |
| | ) | |
| Jeanna Lynne Brown, a/k/a | ) | |
| Jeanna Lynne Outerbridge, | ) | Case No.  09-46539 |
| | ) | |
| Debtor, | ) | Chapter 7 |
| | ) | |
| Residential Credit Solutions, Inc., | ) | **Notice of Hearing and Motion for** |
| | ) | **Relief From Automatic Stay** |
| Movant, | ) | |
| | ) | |
| v. | ) | Hearing Date:  December 7, 2009 |
| | ) | Hearing Time:  10:00 a.m. |
| Jeanna Lynne Brown, a/k/a | ) | Objection Date:  November 30, 2009 |
| Jeanna Lynne Outerbridge, | ) | |
| | ) | |
| Debtor, | ) | |
| | ) | Scott Greenberg, Esq. |
| and | ) | Sandberg Phoenix & von Gontard P.C. |
| | ) | One City Centre, 15th Floor |
| Tracy A. Brown, Esq., Trustee, | ) | St. Louis, MO 63101 |
| | ) | (314) 231-3332 |
| Respondents. | ) | |

## <u>NOTICE OF HEARING AND MOTION FOR RELIEF FROM AUTOMATIC STAY</u>

**WARNING:  Any response or objection must be filed with the court by November 30, 2009 (See L.B.R. 9013-2).  A copy must be promptly served upon the undersigned.  Failure to file a timely response may result in the court granting the relief requested prior to the hearing date.  The hearing to be held on the date and time above before The Honorable Kathy A. Surratt-States, in the United States Bankruptcy Court, Eastern District of Missouri, Thomas F. Eagleton Building, 111 S. Tenth St., St. Louis, MO 63102, Floor 7, North Courtroom.**

COMES NOW, Residential Credit Solutions, Inc. ("Movant"), by its undersigned

attorneys, and for its Motion states:

1.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. Sections 1334

and 157 and 11 U.S.C. Section 362.

2262802\1

2. Movant is a corporation authorized to do business in the State of Missouri.

3. Debtor filed a Petition in Bankruptcy under Chapter 7 of the United States Bankruptcy Code.

4. At the time of filing the Petition in Bankruptcy, Debtor was in possession of certain real property known and numbered as 5159 N. Norwood Dr., St. Louis, MO 63115 (the "Real Property").

5. Movant holds a promissory note with a current principal balance due of $88,092.95 (the "Note").  The Note is secured by a first in priority and perfected Deed of Trust (the "Deed of Trust") encumbering the Real Property.  A Summary of Exhibits is attached hereto as Exhibit "1" and by this reference made a part hereof.

6. The Real Property is an asset of this estate.

7. Since the filing date, Movant has been stayed from any act to foreclose under the Deed of Trust and obtain possession of the Real Property.  Movant has no assurance the Real Property is adequately insured and maintained and the Real Property may be depreciating in value.  Monthly payments to Movant are $855.73.  As of the date of this Motion, Debtor is approximately nine (9) payments and in arrears $7,701.57 to Movant, not including attorney's fees and costs.  Debtor's Statement of Intention indicates the Real Property is being surrendered.

8. Movant seeks an order of this Court modifying the automatic stay to permit Movant to proceed with the foreclosure and to gain possession of the Real Property but not to obtain any money judgment or collect any money damages from the Debtor.

9. The Debtor enjoys no equity in the Real Property.

10. Movant's interest in the Real Property is not adequately protected.

2262802\1

11.     If Movant is not permitted to proceed with its foreclosure and gain possession of the Real Property, Movant shall suffer irreparable injury, loss and damage.

12.     Movant has incurred attorney's fees and costs in preparation and filing of this Motion.

WHEREFORE, Movant prays:

A.      Pursuant to 11 U.S.C. Section 362(d) that this Court enter its order modifying the automatic stay of 11 U.S.C. Section 362(a) to permit Movant and/or its affiliated companies, successors and assigns to proceed in its foreclosure against the Real Property and to take such actions as are reasonable and necessary under state law to gain possession of the Real Property;

B.      No part of the costs of these proceedings be charged against Movant or against the Real Property;

C.      If the Court refuses to grant relief from the automatic stay, for an order granting Movant adequate protection of its interests;

D.      That the estate's interest in the Real Property be abandoned;

E.      In the event the Real Property is not surrendered, for payment by the Debtor(s) of Movant's reasonable attorney's fees and costs;

F.      That this Order be effective immediately upon entry;

G.      This Order shall be binding and remain in full force and effect irrespective of a conversion of this case to a different Chapter of the Bankruptcy Code.  This Order shall become effective immediately upon entry by the Court; and

H.      Movant shall have such other and further relief as is just and proper.

2262802\1

SANDBERG PHOENIX & von GONTARD P.C.

By:    /s/ Scott Greenberg
         Scott Greenberg, MO Bar: 33575, ARN 3270
         One City Center, 15th Floor
         515 N. 6th Street
         St. Louis, MO 63101
         (314) 231-3332
         (314) 241-7604 Fax
         sgreenberg@sandbergphoenix.com

         Attorneys for Movant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served either through the Court's ECF system or by regular mail, this 12th day of November, 2009 to:

Peter M. Cohen, Esq.
2734 Lafayette
St. Louis, MO 63104
Attorney for Debtor

Jeanna Lynne Brown,
a/k/a Jeanna Lynne Outerbridge
5159 N. Norwood Dr.
St. Louis, MO 63115
Debtor

Tracy A. Brown, Esq.
1034 S. Brentwood Blvd., Ste. 1830
St. Louis, MO 63117
Chapter 7 Trustee

Office of the U.S. Trustee
111 S. Tenth Street, Room 6353
St. Louis, MO 63102

         /s/ Robin Hileman

2262802\1